[No. 62337-1-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON R. CULBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11464-1, James D. Cayce, J., entered September 4, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Cox, J.

[No. 62529-2-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE SANDRU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01023-2, Steven C. Gonzalez, J., entered October 6, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 62539-0-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM CRAIG HOLLINGSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03973-1, Harry J. McCarthy, J., entered March 9, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Leach, JJ.

[No. 62627-2-I.   Division One.   November 16, 2009.]

JANET DORRIES ET AL., *Appellants*, v. G.E. IONICS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-07295-1, Suzanne M. Barnett, J., entered October 24, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Leach, J.